UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Candace Owens, et al,

Plaintiff(s),

v.

Roblox Corporation, et al.,

Defendant(s)

---

**DATED: 3/25/2026**

GRANTED

*Judge Araceli Martinez-Olguín*

Case No. 3:25-cv-08984-AMO

**ADMINISTRATIVE MOTION FOR SUBSTITUTION AS LOCAL-COUNSEL FOR ATTORNEY APPEARING PRO HAC VICE (per Civil Local Rule 7-11)**

I, Richard Varghese, an attorney who, on March 12, 2026 entered an appearance on behalf of Plaintiff(s), is a member of the bar of this Court in good standing, and maintains an office within the State of California, moves for substitution as local-counsel for Carasusana Bibiana Wall, an attorney who filed an Application for Admission of Attorney Pro Hac Vice in the Northern District of California on November 17, 2025 [*See* Dkt.10] and was subsequently admitted pro hac vice by Order of this Court on November 21, 2025 [*See* Dkt.16]. My bar number is 314156.

Further, the instant motion moves to replace Attorney Anya Fuchs as local-counsel in this matter.

**My Address of Record:**　　2596 Mission Street, Suite 207 San Marino, CA 91108

**My Telephone # of Record:**　(646) 479-6979

**My Email Address of Record:**　rvarghese@rvesq.com

Respectfully submitted, this 20th day of March, 2026.

The Law Offices of Richard Varghese

/s/ Richard P. Varghese
Richard Phillip Varghese (SBN: 314156)
2596 Mission Street, Suite 207
San Marino, California 91108
(646) 479-6979
rvarghese@rvesq.com